**SEALED** United States District Court

Western District of Texas – San Antonio

Filed 4-8-2008
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA
V.
STEVEN LYNN MOUTON

CRIMINAL COMPLAINT

CASE NUMBER: SA-08-324M(1)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my Knowledge and belief. Between __4/1/06 and 10/18/07__ in __Kendall__ county, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowing use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, wherein such visual depiction was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, and such visual depiction has actually been transported in interstate and foreign commerce,

In violation of Title __18__ United States Code, Section(s) __2251(a)__

I further state that I am a __Special Agent__ And that this complaint is based on the following
Official Title

facts:

**SEE ATTACHED FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__APRIL 8, 2008__                                        At   San Antonio, Texas
Date                                                                       City and State

Pamela A. Mathy, U.S. Magistrate Judge                _____
Name & Title of Judicial Officer                                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT ON: Steven Lynn Mouton

Affidavit

1. I, LARRY BAKER, being duly sworn, do hereby depose and state as follows:

2. I, LARRY BAKER, have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since January 1999. I have participated in a number of investigations of violations of federal criminal laws during my career as a Special Agent of the FBI. The following affidavit is submitted in support of a criminal complaint.

3. The following information is derived from my personal observations, as well as the review of reports of, and discussions with, other officers and individuals who have personal knowledge of the matters covered in those reports and discussions, and from conversations with persons, further identified below, who have personal knowledge of the events described herein.

4. On April 2, 2008, Affiant was contacted by Deputy Sheriff Investigator Kendall Gebauer (Gebauer) of the Kendall County, Texas, Sheriff's Office (KCSO), requesting investigative assistance related to a KCSO investigation of a male named Steven Lynn Mouton (Mouton), date of birth September 01,1952, Social Security Account Number 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.

5. On April 3, 2008, Affiant met with Gebauer and was provided the following information:

    a. In 2003, a minor female, born in 1996, a resident of Midland, Texas, referred to in this affidavit as CV1, provided information to law enforcement entities that Mouton had touched her vaginal area with his hands in a sexual manner while CV1 was bathing. CV1 also advised that Mouton had touched the vaginal area of a minor female, born in 1995, referred to in this affidavit as CV2, during this same incident. Mouton was subsequently arrested by the KCSO on or about December 9, 2003, and charged with Indecency with a Child. KCSO's investigation revealed that the referenced incident between Mouton and CV1 and CV2 occurred at Mouton's residence, located at 219 North Street, Boerne, Texas, on or about June 2003. During the course of the investigation, an adult female relative of Mouton's informed law enforcement entities that Mouton had sexually assaulted her as a minor. Mouton pled to this charge and received a sentence of 10 years probation on or about March 31, 2006. A condition of Mouton's sentence was that Mouton not have contact, or reside, with children.

    b. On or about October 18, 2007, Gebauer accompanied Texas Probation Officers Brooke Davis and David Gonzales to Mouton's residence, located at 18 Crystal Circle, Boerne, Texas, after receiving information from a Boerne, Texas, resident that Gebauer had been observed on numerous occasions in his neighborhood with CV2. ███████████████████████████████████████ Officer Gonzales examined two computers in this residence that Mouton advised he utilized. On one of the computers, Officer Gonzales observed an image of a female, believed to be under the age of 18, lying prone in a lewd position, naked from the waist down. The focal point of the image was the genital area of the female. Gebauer examined the image and ascertained that the female depicted in the image matched CV2's body size, skin color, build and hair color. The female depicted in the image was also wearing a shirt consistent with known images of CV2 found on this same computer.

    c. Gebauer obtained voluntary consent from Mouton for the search of Mouton's Acer Aspire 5610 laptop computer, model# BI50, serial# 3945ABG, and Mouton's Dell Dimension XPST800 computer, serial# 8WH910B. A search warrant was subsequently obtained by Gebauer on October

29, 2007, for the contents of these computers. These computers were forensically examined by the San Antonio, Texas, Police Department (SAPD). Results of these examinations were provided to Gebauer on or about April 2, 2008.

    d. Gebauer evaluated images recovered from these computers and provided to him by SAPD and subsequently determined that numerous images recovered from one of the computers depict CV2 in a nude state or engaged in sexually explicit conduct. One of images depict a hand consistent with that of an adult male digitally penetrating the vagina of a female whose physical characteristics and distinguishing body marks are consistent with CV2. An additional image depicts an adult male's penis penetrating the vagina of a female whose physical characteristics and distinguishing body marks are consistent with CV2.

6. Affiant has reviewed the above-referenced images provided to Affiant by Gebauer. Affiant has determined that a number of these images depict CV2 in a nude state or engaged in sexually explicit conduct. The focal point of a number of the images is CV'2 exposed vaginal area and/or anus.

_____
Larry Baker
Special Agent
FBI

Subscribed and sworn to before me this 8<sup>h</sup> day of April, 2008.

_____
The Honorable Pamela Mathy
United States Magistrate Judge